ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| DRS Laurel Technologies | ) | ASBCA Nos. 63059, 63151 |
| | ) | |
| Under Contract No. N00024-15-C-5228 | ) | |

APPEARANCES FOR THE APPELLANT:        Neil H. O'Donnell, Esq.
                                                                  Stephen L. Bacon, Esq.
                                                                    Rogers Joseph O'Donnell, PC
                                                                    San Francisco, CA

                                                                  Timothy A. Wieroniey, Esq.
                                                                    Rogers Joseph O'Donnell, PC
                                                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Allison M. McDade, Esq.
                                                                    Navy Chief Trial Attorney
                                                                  Devin A. Wolak, Esq.
                                                                    Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE EYESTER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained.

In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $5,550,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 4, 2026

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                    _____
J. REID PROUTY                             MICHAEL O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63059, 63151, Appeals of
DRS Laurel Technologies, rendered in conformance with the Board's Charter.

      Dated:  June 5, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals